THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FLOERSHEIMER, Appellant, v. LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Floersheimer* v. *Purdy*, 174 App. Div. 694, reversed. (Argued April 18, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1916, which reversed an order of Special

Term denying a motion to vacate an order granting a writ of certiorari to review the action of the defendants in assessing real property of the relator for purposes of taxation for the year 1915 and granted said motion.

*Charles A. Boston* for appellant.

*Lamar Hardy,* Corporation Counsel (*William H. King* and *Eugene Fay* of counsel), for respondent.

*Per Curiam.* On authority of 1914 proceeding, herewith decided, the order of the Appellate Division appealed from in this proceeding should be reversed, with costs to appellant in the Appellate Division and in this court, and the order of the Special Term affirmed.

HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ., concur; CHASE and HOGAN, JJ., concur in result.

Order reversed, etc.